UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
ELAINE L. CHAO, Secretary of Labor,       )     No. C07-0821RSL
                                          )
             Plaintiff,                   )
      v.                                  )
                                          )     ORDER TO SHOW CAUSE
BRUMFIELD CONSTRUCTION, *et al.*,         )
                                          )
             Defendants.                  )
_____)

       This matter comes before the Court *sua sponte*. On March 20, 2008, defendants filed a motion with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

       Defendants are hereby ORDERED to show cause within five days of this Order why they should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 9). Defendants shall immediately deliver a paper copy of the documents filed on March 20, 2008, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

       The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for April 1, 2008.

ORDER TO SHOW CAUSE

1
2          Dated this 26th day of March, 2008.

3                                   /s/ Robert S. Lasnik
                                    Robert S. Lasnik
4                                   United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                    -2-